May Term,
1857.

WOMACK
v.
DUNN.

---

## WOMACK v. DUNN.

APPEAL from the *Decatur* Court of Common Pleas.
*Per Curiam.*—The record shows that this suit, which
is upon a promissory note, was commenced on the 10th of
*September*, 1855.   A copy of the note was filed with the
complaint, and is set forth in the transcript.   It is dated
*June* the 13th, 1854, and was payable twelve months after
date.   There was an averment that the note remained
due and unpaid.   Demurrer to the complaint overruled,
and judgment given for the plaintiff below.

The complaint, it is said, is defective because it does not
aver that the note was due when the suit was commenced.
There is nothing in the objection.   The note itself is a
part of the record.   2 R. S. p. 44, s. 77.   And on its face
shows that it was due on the 13th *June*, 1855, when, as
we have seen, the present suit was commenced on the 10th
of *September* following.   Moreover, it is averred in the
complaint, that the note remained due and unpaid.   We

*Monday,
June* 1.

May Term,
1857.

think it sufficiently appears that the suit was not prematurely brought.

The judgment is affirmed with 10 per cent. damages and costs.

*J. Gavin* and *J. R. Coverdill,* for the appellant.

